| AO 10* Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Houser, Barbara J. | US Bky Ct; No Dst of Tx | 04/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2012 to 12/31/2012 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

1254 Earle Cabell Federal Bldg
1100 Commerce Street
Dallas, TX 75242-1496

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Present Interest Trust |
| 2. Fellow; Member of Executive Committee | National Bankruptcy Conference |
| 3. Fellow; Vice-President; Member of Board of Directors | American College of Bankruptcy |
| 4. Fellow | American Bar Foundation |
| 5. Fellow | Texas Bar Foundation |
| 6. Master | John C. Ford American Inn of Court |
| 7. Member; Member of Board of Directors | American Bankruptcy Institute |
| 8. Chair of Board of Directors | Dallas Legal Hospice n/k/a Legal Hospice of Texas |
| 9. Member | National Conference of Bankruptcy Judges |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Advanced Consumer Bankruptcy Practice Institute | January 18-20 | Phoenix, AZ | Teach NITA style course to consumer bankruptcy lawyers | Transportation, Lodging, and Meals |
| 2. | University of WI school of law | February 16-18 | Madison, WI | Speak at bankruptcy conference | Transportation and Meals |
| 3. | Center for American and International Law | February 22-24 | New Orleans, LA | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 4. | State Bar of Texas Bankruptcy Section | February 24-26 | New Orleans, LA | Judge moot court competition | Transportation, Lodging, and Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Houser, Barbara J. | 04/11/2013 |

| | | | | |
|---|---|---|---|---|
| 5. | American College of Bankruptcy | March 15-17 | Washington DC | Attend Spring Meeting of College and speak at educational program | Transportation, Lodging, and Meals |
| 6. | National Conference of Bankruptcy Judges | March 19-20 | Miami, FL | Attend mid-year meeting of NCBJ | Transportation. Lodging, and Meals |
| 7. | American Bankruptcy Institute | April 19-22 | Washington DC | Attend ABI Board meeting and speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 8. | State Bar of AZ | June 21-23 | Phoenix, AZ | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 9. | Advanced Consumer Bankruptcy Practice Institute | July 7-9 | New Orleans, LA | Teach NITA sytle course to consumer bankruptcy lawyers | Transportation, Lodging and Meals |
| 10. | American Bankruptcy Institute | October 4-5 | Washington DC" | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 11. | National Conference of Bankruptcy Judges | October 23-27 | San Diego, CA | Attend annual meeting of NCBJ | Transportation, Lodging, and Meals |
| 12. | National Conference of Bankruptcy Judges | November 7-9 | Washington DC | Attend meetings | Transportation, Lodging, and Meals |
| 13. | American Bankruptcy Institute | November 9-11 | New York City, NY | Speak at bankruptcy conference | Transportation, Lodging, and Meals |
| 14. | American Bankruptcy Institute | November 29-December 1 | Tucson, AZ | Attend Board meeting and speak at bankruptcy conference | Transportation, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Glenn Cox | Cash gift | $13,000.00 |
| 2. | Veronica Cox | Cash gift | $13,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Technical Communications common stock | A | Dividend | J | T | | | | | |
| 2. State Bank of Texas CDs | A | Interest | | | Redeemed | 05/30/12 | M | | |
| 3. Bank of America (various accounts) | A | Interest | K | T | | | | | |
| 4. Capitol One FSB CD | D | Interest | M | T | | | | | |
| 5. Key Bank CD | C | Interest | | | Redeemed | 07/23/12 | M | | |
| 6.      Present Interest Trust | | None | | | | | | | |
| 7. Wal-Mart Stores, Inc. common stock | A | Dividend | J | T | | | | | |
| 8. Discover Bank CD | D | Interest | M | T | | | | | |
| 9. Washington Federal Savings Bank CDs | C | Interest | L | T | Redeemed (part) | 01/12/12 | M | | |
| 10. ING CD n/k/a Capitol One Bank | C | Interest | L | T | | | | | |
| 11. Interstate Netbank CD n/k/a Customers Bank | B | Interest | | | Redeemed | 06/19/12 | L | | |
| 12. Jefferson Bank CD n/k/a Mid-South Bank | C | Interest | L | T | | | | | |
| 13. Acacia Federal Savings Bank CD | C | Interest | L | T | | | | | |
| 14. Wachovia Bank CD n/k/a Wells Fargo | C | Interest | L | T | | | | | |
| 15. Intervest National Bank CD | D | Interest | L | T | | | | | |
| 16. Flagstar Bank CD | C | Interest | | | Redeemed | 10/16/12 | L | | |
| 17. Nexity Bank CD n/k/a Alostar Bank | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exchange Bank CD | C | Interest | M | T | | | | | |
| 19. Washington Mutual Bank CD n/k/a Chase Bank | B | Interest | K | T | | | | | |
| 20. GMAC Bank (various accounts and CDs) n/k/a Ally Bank | D | Interest | M | T | Redeemed (part) | 07/13/12 | L | | |
| 21. Transportation Alliance Bank CD | B | Interest | K | T | | | | | |
| 22. Am Trust Direct n/k/a New York Community Bank CD | B | Interest | | | Redeemed | 01/26/12 | M | | |
| 23. Am Trust Direct n/k/a New York Community Bank money market | B | Interest | M | T | Open | 01/26/12 | M | | |
| 24. Patriot Bank CDs | D | Interest | M | T | | | | | |
| 25. Great Western Bank CDs | C | Interest | M | T | Redeemed (part) | 01/01/12 | K | | |
| 26. Third Federal Bank CD | C | Interest | L | T | | | | | |
| 27. Omni American Bank CD | D | Interest | M | T | | | | | |
| 28. ELoan Bank CD | C | Interest | L | T | | | | | |
| 29. On Bank CD | C | Interest | L | T | | | | | |
| 30. Equity Bank CDs n/k/a Triumph Savings Bank | D | Interest | M | T | | | | | |
| 31. Salem 5 CD | C | Interest | L | T | | | | | |
| 32. Zions Bank CD | C | Interest | L | T | | | | | |
| 33. Park Cities Bank CDs | A | Interest | | | Redeemed | 03/05/12 | K | | |
| 34. View Point Bank CD | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Community Trust Bank of Texas CD | C | Interest | M | T | | | | | |
| 36. Share Plus Federal Bank CD | C | Interest | L | T | | | | | |
| 37. Green Bank Money Market | A | Interest | J | T | | | | | |
| 38. Brokerage account # 1 (H) | | | | | | | | | |
| 39. Arcos Dorados Hldgs Inc Cl-A (ARCO) stock | A | Dividend | | | Buy | 03/22/12 | K | | |
| 40. | | | | | Sold | 10/13/12 | K | | |
| 41. Anheuser-Busch (BUD) common stock | A | Dividend | K | T | | | | | |
| 42. Automatic Data Processing Inc (ADP) common stock | A | Dividend | K | T | | | | | |
| 43. Beam, Inc. (BEAM) common stock | A | Dividend | K | T | Buy | 12/11/12 | K | | |
| 44. Berkshire Hathaway Inc (BRKB) common stock | | None | M | T | | | | | |
| 45. | | | | | Buy (add'l) | 01/24/12 | K | | |
| 46. BHP Billiton LTD (BHP) common stock | A | Dividend | | | Sold | 10/03/12 | K | | |
| 47. Bristol Myers Squibb (BMY) common stock | A | Dividend | K | T | | | | | |
| 48. Coca-Cola (KO) common stock | A | Dividend | K | T | | | | | |
| 49. Dr Pepper Snapple Group common stock | A | Dividend | K | T | Buy | 04/10/12 | K | | |
| 50. Emerson Electric (EMR) common stock | A | Dividend | K | T | | | | | |
| 51. Exxon Mobil (XOM) common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HJ Heinz (HNZ) common stock | A | Dividend | K | T | | | | | |
| 53. Hershey (HSY) common stock | A | Dividend | K | T | | | | | |
| 54. Imperial Oil LTD (IMO) common stock | A | Dividend | K | T | | | | | |
| 55. Intl Business Machines (IBM) common stock | A | Dividend | L | T | | | | | |
| 56. Intl Flavors & Fragrances (IFF) commons stock | A | Dividend | | | Sold | 08/09/12 | K | B | |
| 57. Johnson & Johnson (JNJ) common stock | A | Dividend | L | T | | | | | |
| 58. Microsoft (MSFT) common stock | A | Dividend | | | Sold | 10/03/12 | K | E | |
| 59. Mc Donalds Corp (MCD) common stock | A | Dividend | K | T | Buy | 12/05/12 | K | | |
| 60. Monsanto (MON) common stock | A | Dividend | K | T | | | | | |
| 61. Nestle SA (NSRGY) common stock | A | Dividend | K | T | | | | | |
| 62. PPG Industries (PPG) common stock | A | Dividend | | | Sold | 06/26/12 | K | D | |
| 63. J C Penney (JCP) common stock | A | Dividend | | | Buy | 03/05/12 | K | | |
| 64. | | | | | Sold | 10/03/12 | J | | |
| 65. Pepsico (PEP) common stock | A | Dividend | K | T | | | | | |
| 66. Procter & Gamble (PG) common stock | A | Dividend | K | T | Buy (add'l) | 07/13/12 | J | | |
| 67. Sigma-Aldrich (SIAL) common stock | A | Dividend | K | T | | | | | |
| 68. 3 M (MMM) common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Southern Co (SO) common stock | A | Dividend | K | T | Buy | 02/09/12 | K | | |
| 70. United Parcel Service (UPS) common stock | A | Dividend | K | T | | | | | |
| 71. Wal Mart Stores (WMT) common stock | A | Dividend | K | T | | | | | |
| 72. Ishares MSCI Emerging Mkts Index FD (EEM) | A | Dividend | J | T | | | | | |
| 73. Brokerage Account # 2 (H) | | | | | | | | | |
| 74. Bristol Myers Squibb (BMY) common stock | A | Dividend | J | T | | | | | |
| 75. Conoco Phillips (COP) common stock | A | Dividend | J | T | | | | | |
| 76. HJ Heinz (HNZ) common stock | A | Dividend | J | T | | | | | |
| 77. Phillips 66 Com (PSX) common stock | A | Dividend | J | T | Spinoff (from line 75) | 04/16/12 | J | | |
| 78. Brokerage Account # 3 (H) | | | | | | | | | |
| 79. Blackrock National Mutual Fund | A | Dividend | | | Sold (part) | 03/05/12 | J | A | |
| 80. | | | | | Sold (part) | 06/18/12 | J | A | |
| 81. | | | | | Sold | 09/14/12 | K | A | |
| 82. DWS Intrmd Tax/Amt Free Mutual Fund | B | Dividend | L | T | Sold (part) | 03/05/12 | J | A | |
| 83. | | | | | Sold (part) | 06/18/12 | J | A | |
| 84. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 85. Lord Abbett Intermediate Tax Free Fund | B | Dividend | L | T | Buy (add'l) | 03/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/18/12 | J | A | |
| 87. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 88. Mainstay Large CapGrowth Fund | A | Dividend | K | T | Buy (add'l) | 03/05/12 | J | | |
| 89. | | | | | Buy (add'l) | 06/16/12 | J | | |
| 90. | | | | | Sold (part) | 09/24/12 | J | A | |
| 91. T Rowe Price Summit Muni Intermediate Fund | B | Dividend | L | T | Buy (add'l) | 03/05/12 | J | | |
| 92. | | | | | Sold (part) | 06/18/12 | J | A | |
| 93. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 94. MFS Value Fund | A | Dividend | K | T | Buy (add'l) | 09/24/12 | K | | |
| 95. Dreyfus Appreciation Fund | A | Dividend | K | T | Sold (part) | 03/05/12 | J | A | |
| 96. | | | | | Buy (add'l) | 06/18/12 | J | | |
| 97. | | | | | Sold (part) | 09/24/12 | J | A | |
| 98. Cambiar Opportunity Fund | A | Dividend | | | Buy (add'l) | 03/05/12 | J | | |
| 99. | | | | | Buy (add'l) | 06/18/12 | J | | |
| 100. | | | | | Sold | 09/24/12 | K | A | |
| 101. Eaton Vance NTL Ltd Maturity Muni Fund | A | Dividend | | | Buy (add'l) | 03/05/12 | J | | |
| 102. | | | | | Sold (part) | 06/18/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 09/24/12 | L | A | |
| 104. Federated Strategic Value Dividend Fund | A | Dividend | K | T | Sold (part) | 03/05/12 | J | A | |
| 105. | | | | | Sold (part) | 06/18/12 | J | A | |
| 106. | | | | | Sold (part) | 09/24/12 | J | A | |
| 107. Legg Mason Western Asset Municipal High Income Fund | A | Dividend | K | T | Sold (part) | 02/29/12 | J | A | |
| 108. | | | | | Sold (part) | 03/05/12 | J | A | |
| 109. | | | | | Sold (part) | 05/31/12 | J | A | |
| 110. | | | | | Sold (part) | 06/18/12 | J | A | |
| 111. | | | | | Buy (add'l) | 09/24/12 | J | | |
| 112. Permanent Portfolio Fund | A | Dividend | K | T | Buy (add'l) | 03/05/12 | J | | |
| 113. | | | | | Sold (part) | 06/18/12 | J | A | |
| 114. | | | | | Sold (part) | 09/24/12 | J | A | |
| 115. Eaton Vance Tax Adv Bd Stra Int Ter FD | A | Dividend | L | T | Buy | 09/24/12 | L | | |
| 116. Nuveen High Yield Muni Bond Fd Cl 1 | A | Dividend | K | T | Buy | 09/24/12 | K | | |
| 117. Brokerage Account # 4 (H) | | | | | | | | | |
| 118. Tembleton Global Bond Fund | A | Dividend | | | Buy (add'l) | 03/07/12 | J | | |
| 119. | | | | | Sold | 06/18/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. J P Morgan Strategic Income Opportunity Fund | A | Dividend | | | Sold | 01/31/12 | J | | |
| 121. Pimco Emerging Local Bond Fund | A | Dividend | J | T | Sold (part) | 02/08/12 | J | | |
| 122. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 123. Lord Abbott Short Duration Income Fund | A | Dividend | | | Sold | 02/08/12 | J | | |
| 124. J P Morgan Mortgage Backed Securities Fund | A | Dividend | K | T | Sold (part) | 01/31/12 | J | A | |
| 125. | | | | | Buy | 11/09/12 | J | | |
| 126. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 127. Transamerica Aegon High Yield Bond Fund | A | Dividend | | | Sold | 01/31/12 | J | A | |
| 128. SPDRGold Trust Fund | | None | | | Sold | 02/08/12 | J | | |
| 129. IShares Trust Dow Jones US Real Estate Index Fund | A | Dividend | J | T | Buy (add'l) | 01/31/12 | J | | |
| 130. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 131. | | | | | Sold (part) | 12/03/12 | J | A | |
| 132. IShares Barchlays MBS Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/31/12 | J | | |
| 133. | | | | | Buy (add'l) | 02/08/12 | J | | |
| 134. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 135. | | | | | Sold (part) | 11/06/12 | J | A | |
| 136. | | | | | Sold (part) | 12/17/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IShares Barclays 1-3 Year Credit Fund | A | Dividend | | | Sold | 01/31/12 | K | | |
| 138. Vanguard MSCI Emerging Markets ETF | A | Dividend | K | T | Buy | 01/31/12 | J | | |
| 139. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 140. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 141. | | | | | Sold (part) | 05/31/12 | J | | |
| 142. | | | | | Sold | 07/31/12 | K | | |
| 143. | | | | | Buy | 08/31/12 | K | | |
| 144. IShares Barclays Aggrgt BD Fund n/k/a Ishare Core Total US | A | Dividend | K | T | Sold (part) | 01/31/12 | K | | |
| 145. | | | | | Sold (part) | 02/08/12 | J | | |
| 146. | | | | | Sold (part) | 02/29/12 | K | | |
| 147. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 148. | | | | | Buy (add'l) | 04/02/12 | J | | |
| 149. | | | | | Buy (add'l) | 05/31/12 | K | | |
| 150. | | | | | Buy (add'l) | 07/31/12 | J | | |
| 151. | | | | | Sold (part) | 08/31/12 | K | | |
| 152. | | | | | Sold (part) | 09/04/12 | K | | |
| 153. | | | | | Sold (part) | 10/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 11/01/12 | J | | |
| 155. IShares MSCI EAFE Index FUnd | B | Dividend | K | T | Buy | 01/31/12 | K | | |
| 156. | | | | | Buy (add'l) | 02/29/12 | K | | |
| 157. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 158. | | | | | Sold (part) | 05/31/12 | K | | |
| 159. | | | | | Sold (part) | 07/31/12 | K | | |
| 160. | | | | | Buy (add'l) | 08/31/12 | K | | |
| 161. | | | | | Buy (add'l) | 09/04/12 | K | | |
| 162. SPDR Barclay Capital High Yield Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/08/12 | J | | |
| 163. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 164. Vanguard Total Bond MKT Fund | A | Dividend | | | Sold | 01/31/12 | K | A | |
| 165. IShares Barclays 3-7 Year Bond Fund | A | Dividend | | | Sold (part) | 01/31/12 | K | A | |
| 166. | | | | | Sold (part) | 02/08/12 | J | A | |
| 167. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 168. | | | | | Buy (add'l) | 07/31/12 | K | | |
| 169. | | | | | Sold (part) | 08/01/12 | J | A | |
| 170. | | | | | Sold | 08/31/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. IShares Barclays 20+ Year | A | Dividend | | | Buy | 08/01/12 | J | | |
| 172. | | | | | Sold | 12/17/12 | J | | |
| 173. Amex Technology Select SPDR | A | Dividend | | | Buy | 01/31/12 | J | | |
| 174. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 175. | | | | | Sold | 09/28/12 | J | B | |
| 176. Cohen & Steers Preferred Sec & Income Fd Cl I | A | Dividend | J | T | Buy | 11/20/12 | J | | |
| 177. Eaton Vance Floating Rate Fund Cl I | | None | J | T | Buy | 01/31/12 | J | | |
| 178. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 179. Elements-Rogers TR SV████ | | None | J | T | Buy | 02/08/12 | J | | |
| 180. | | | | | Buy (add'l) | 02/29/12 | J | | |
| 181. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 182. | | | | | Sold (part) | 05/31/12 | J | | |
| 183. | | | | | Sold (part) | 07/31/12 | J | | |
| 184. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 185. | | | | | Sold (part) | 11/01/12 | J | | |
| 186. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 187. First TR Financials Alphadex Fund | A | Dividend | J | T | Buy | 01/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 189. | | | | | Sold (part) | 09/28/12 | J | A | |
| 190. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 191. Guggenheim Bulletshares 2016 Corporate Bond ETF | A | Dividend | J | T | Buy | 01/31/12 | J | | |
| 192. | | | | | Sold (part) | 02/08/12 | J | | |
| 193. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 194. Guggenheim Bulletshares 2017 Corporate Bond ETF | A | Dividend | J | T | Buy | 02/08/12 | J | | |
| 195. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 196. Ishares Gold TR | | None | J | T | Buy | 01/31/12 | J | | |
| 197. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 198. | | | | | Sold (part) | 04/02/12 | J | | |
| 199. | | | | | Buy (add'l) | 08/31/12 | J | | |
| 200. IsharesIBOXX $ Investment Grade Bd Fund | A | Dividend | J | T | Buy | 01/31/12 | J | | |
| 201. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 202. | | | | | Sold (part) | 11/15/12 | J | A | |
| 203. Ishares JP Morgan EM Bond Fund | A | Dividend | J | T | Buy | 06/18/12 | J | | |
| 204. Ishares Russell 1000 Growth Index Fund | A | Dividend | K | T | Buy | 01/31/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 206. Powershares International Corp Bond ETF | A | Dividend | J | T | Buy | 11/15/12 | J | | |
| 207. Sector SPDR Consmrs Stpl | A | Dividend | J | T | Buy | 01/31/12 | J | | |
| 208. | | | | | Buy (add'l) | 02/08/12 | J | | |
| 209. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 210. | | | | | Sold (part) | 03/30/12 | J | A | |
| 211. | | | | | Buy (add'l) | 09/28/12 | J | | |
| 212. Sector SPDR Financial | A | Dividend | J | T | Buy | 03/30/12 | J | | |
| 213. Sector SPDR Industrial | A | Dividend | J | T | Buy | 01/31/12 | J | | |
| 214. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 215. SPDR S P World Ex US | A | Dividend | K | T | Buy | 08/31/12 | J | | |
| 216. | | | | | Buy (add'l) | 09/04/12 | J | | |
| 217. SPDR Wells Fargo PFD ETF | A | Dividend | | | Buy | 01/31/12 | J | | |
| 218. | | | | | Buy (add'l) | 02/08/12 | J | | |
| 219. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 220. | | | | | Sold | 06/18/12 | J | | |
| 221. S&P US PDF STK Index Fund Ishares | A | Dividend | | | Buy | 06/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 08/01/12 | J | A | |
| 223. | | | | | Sold | 11/15/12 | J | A | |
| 224. Third Avenue Focused Credit Fund CL Instl | A | Dividend | J | T | Buy | 08/06/12 | J | | |
| 225. Vanguard Consumer Discretionary ETF | A | Dividend | | | Buy | 03/30/12 | J | | |
| 226. | | | | | Sold | 07/02/12 | J | | |
| 227. Vanguard Materials ETF | A | Dividend | J | T | Buy | 01/31/12 | J | | |
| 228. | | | | | Buy (add'l) | 03/07/12 | J | | |
| 229. Vanguard Short-Term Corporate Bond | A | Dividend | J | T | Buy | 12/17/12 | J | | |
| 230. Vanguard Telecomm Services ETF | A | Dividend | J | T | Buy | 07/02/12 | J | | |
| 231. Wisdomtree Emerging Mrkt Equity Income | A | Dividend | K | T | Buy | 10/01/12 | K | | |
| 232. Brokerage Account # 5 (H) | | | | | | | | | |
| 233. Abbott Labs (ABT) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 234. Altria Group Inc. (MO) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 235. Chevron Corp (CVX) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 236. Coca Cola Company (KO) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 237. Digital Rlty Tr Inc (DLR) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 238. Du Pont E I De Nemours (DD) common stock | | None | J | T | Buy | 11/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Emerson Elec Co (EMR) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 240. Glaxosmithkline PLC ADR (GSK) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 241. Intel Corp (INTC) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 242. Kimberly Clark (KMB) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 243. Kraft Foods Group Inc (KRFT) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 244. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 245. McDonalds Corp (MCD) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 246. Merck and Co Inc (MRK) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 247. Microsoft Corp (MSFt) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 248. Nextera Energy Inc (NEE) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 249. Paccar Inc (PCAR) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 250. Philip Morris Intl Inc (PM) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 251. Prudential Financial (PRU) common stock | A | Dividend | | | Buy | 03/09/12 | J | | |
| 252. | | | | | Sold | 11/21/12 | J | | |
| 253. Raytheon Co Delaware NE (RTN) common stock | A | Dividend | | | Buy | 03/09/12 | J | | |
| 254. | | | | | Sold | 11/21/12 | J | A | |
| 255. Royal Dutch Shell Plc (RDSB) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. RPM International Inc (RPM) common stock | A | Dividend | | | Buy | 03/09/12 | J | | |
| 257. | | | | | Sold | 11/21/12 | J | A | |
| 258. Sempra Energy (SRE) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 259. Southern Company (SO) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 260. Spectra Energy Corp (SE) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 261. SPDR Series Trust shares (XTL) | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 262. Time Warner Inc (TWX) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 263. Toronto Dominion Bank (TD) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 264. United Parcel Service (UPS) Class B shares | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 265. Ventas Inc (VTR) Reit | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 266. XCEL Energy Inc (XEL) common stock | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 267. First TR Financials Alphadex Fund (FXO) | A | Dividend | J | T | Buy | 11/21/12 | J | | |
| 268. First TR Industrial PRDCR Durables Alphadex Fund (FXR) | A | Dividend | J | T | Buy | 11/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Houser, Barbara J. | 04/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 6 - This trust has no assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara J. Houser**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544